Reset

# UNITED STATES DISTRICT COURT
for the

Central District of California

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 25-MJ-1553 |
| Johnathan Buma | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 4/4/2025

*Defendant's signature*

/s/ Mark Geragos
*Signature of defendant's attorney*

---

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date:_____

_____
Signature of Interpreter

CR-110 (06/12)                Waiver of a Preliminary Hearing